## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**Demian Joseph Pina,**

       *Petitioner,*

                                                     **Case No. 3:15-cv-080**
v.                                                  **Judge Thomas M. Rose**

**United States Marshal for the Southern District
of Ohio,**

       *Respondent.*

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE MERZ** (DOC. 7)**, OVERRULING PETITIONER'S OBJECTIONS TO THE MAGISTRATE'S FINDINGS AND RECOMMENDATIONS,** (DOC. 8)**, AND DENYING MOTION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS*,** (DOC. 6)**.**

---

Pending before the Court are Petitioner Demian Joseph Pina's Objections to the Magistrate's Report and Recommendations. (Doc. 8). The Report and Recommendations of United States Magistrate Judge Michael R. Merz, (Doc. 7), recommends that the Court deny Petitioner's Motion for Leave to Appeal *in forma pauperis.* (Doc. 6).

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court finds that Plaintiff's objections, (Docs. 8), to the Magistrate Judge's Report and Recommendations, (Doc. 7), are not well taken and they are hereby **OVERRULED**. Wherefore, the Court **DENIES** the Motion (Doc. 6). The case remains closed.

**DONE** and **ORDERED** this Wednesday, January 13, 2016.

                                                         s/Thomas M. Rose

                                        _____
                                                THOMAS M. ROSE
                                      UNITED STATES DISTRICT JUDGE